IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DINA SENGA KASWATUKA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00495-O-BP |
| | § | |
| **DALLAS/FORT WORTH** | § | |
| **INTERNATIONAL AIRPORT** | § | |
| **BOARD,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 10) is **GRANTED**, and that Defendant's Motion to Transfer (ECF No. 9) is **DENIED** as moot. Plaintiff's claim against Defendant is **DISMISSED WITH PREJUDICE**.[1]

---

[1] The Court notes that on September 1, 2020, Plaintiff filed a document titled "Notice of Appeal" in which she asserts she is appealing the Magistrate Judge's Findings, Conclusions, and Recommendation to the United States Court of Appeals for the Fifth Circuit. *See* ECF No. 19. An appeal to the Fifth Circuit does not lie from the Findings, Conclusions, and Recommendation of a magistrate judge. Accordingly, the Court **directs** the Clerk of Court to **STRIKE** pro se Plaintiff's "Notice of Appeal," ECF No. 19.

**SO ORDERED** on this **16th day** of **September, 2020**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE

2